# United States Bankruptcy Court
## FOR THE DISTRICT OF ARIZONA
### Final Report and Account

Page 1

In RE: SITHAT SETKUPYSIT     Case Number 03-21550-RJH

SS #: xxx-xx-7910     xxx-xx-4109

Plan Filed: 12/9/2003     Plan Confirmed: 6/28/2004     Case Discharged Paid Out: 7/25/2005

SITHAT SETKUPYSIT
BANLENG SETKUPYSIT
15329 W. MELISSA LANE
SURPRISE AZ 85374     $37,300.00

| Creditor Name | Class | Debt | Principal Paid | Interest Paid | Unpaid Amt |
|---|---|---|---|---|---|
| ARIZONA DEPARTMENT OF REVENUE | Pri | 611.35 | 611.35 | | $0.00 |
| ARIZONA DEPARTMENT OF REVENUE | Uns | 56.20 | 7.39 | | $48.81 |
| AMERICAN EXPRESS | Uns | 1,099.27 | 143.94 | | $955.33 |
| BANK ONE | Sec | 11,250.00 | 11,250.00 | 1,188.88 | $0.00 |
| BANK ONE | Uns | 2,470.78 | 323.53 | | $2,147.25 |
| JP MORGAN CHASE BANK / FKA: BA | Uns | 1,928.21 | 252.48 | | $1,675.73 |
| RESURGENT CAPITAL SERVICES | Uns | 6,098.71 | 798.59 | | $5,300.12 |
| RESURGENT CAPITAL SERVICES | Uns | 1,331.60 | 174.36 | | $1,157.24 |
| RESURGENT CAPITAL SERVICES | Uns | 8,990.11 | 1,177.20 | | $7,812.91 |
| RESURGENT CAPITAL SERVICES | Uns | 4,593.51 | 601.49 | | $3,992.02 |
| ECAST SETTLEMENT CORP | Uns | 4,583.41 | 600.17 | | $3,983.24 |
| ECAST SETTLEMENT CORP | Uns | 2,026.48 | 265.35 | | $1,761.13 |
| MIDLAND MTG / MIDFIRST BANK | Sec | 7,573.03 | 5,602.10 | | Crdtr Paid |
| ECAST SETTLEMENT CORP | Uns | 8,422.19 | 1,102.84 | | $7,319.35 |
| BANC ONE NA | Uns | 1,384.87 | 181.34 | | $1,203.53 |
| IRS | Pri | 7,258.10 | 7,258.10 | | $0.00 |
| IRS | Uns | 664.80 | 87.05 | | $577.75 |
| RESURGENT CAPITAL SERVICES | Uns | 5,854.32 | 766.59 | | $5,087.73 |
| ECAST SETTLEMENT CORP | Uns | 723.27 | 94.70 | | $628.57 |
| CAPITAL ONE BANK | Uns | 523.98 | 68.62 | | $455.36 |
| FIRST BANKCARD CENTER | Uns | 6,844.88 | 896.29 | | $5,948.59 |
| CAPITAL ONE BANK | Uns | 416.88 | 54.58 | | $362.30 |
| MARK D. WESBROOKS | Leg | 2,135.00 | 2,135.00 | | $0.00 |
| SITHAT SETKUPYSIT | Dbt | 0.00 | | | $0.00 |
| RUSSELL A. BROWN | Tru | 1,658.06 | 1,658.06 | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Debtor | Trustee |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $16,852.10 | $7,869.45 | $58,013.47 | $0.00 | $2,135.00 | $0.00 | $1,658.06 | | |
| Total Paid | $16,852.10 | $7,869.45 | $7,596.51 | $0.00 | $2,135.00 | $0.00 | $1,658.06 | | |
| Total Int Pd | $1,188.88 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $0.00 | $0.00 | $50,416.96 | $0.00 | $0.00 | | $0.00 | Total Paid | $37,300.00 |

Dated: 7/19/2007